241 U. S.  Cases Disposed of Without Consideration by the Court.

No. 276. LUCIUS E. JUDSON, AS TRUSTEE, ETC., PETITIONER, v. WILLIAM A. NASH, AS TRUSTEE, ETC., ET AL. On writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit. April 3, 1916. Dismissed with costs, on motion of counsel for the petitioner. *Mr. Oscar A. Lewis* for the petitioner. *Mr. John M. Bowers* for the respondent.

No. 526. WILLIAM WHALLEY, PLAINTIFF IN ERROR, v. PHILADELPHIA & READING RAILWAY COMPANY. In error to the Supreme Court of the State of Pennsylvania. April 3, 1916. Dismissed with costs, on motion of counsel for the plaintiff in error. *Mr. Augustus Trask Ashton* and *Mr. John C. Bell* for the plaintiff in error. *Mr. Wm. Clarke Mason* for the defendant in error.

No. 713. CHIN QUOCK WAH, APPELLANT, v. HENRY M. WHITE, COMMISSIONER, ETC. Appeal from the District Court of the United States for the Western District of Washington. April 3, 1916. Dismissed with costs, pursuant to the tenth rule. *Mr. Joseph F. O'Connell* for the appellant. *The Attorney General* for the appellee.

No. 934. M. HEIMER, PLAINTIFF IN ERROR, v. THE STATE OF GEORGIA. In error to the Court of Appeals of the State of Georgia. April 5, 1916. Docketed and dismissed with costs on motion of *Mr. William Wallace, Jr.,* in behalf of counsel for the defendant in error. *Mr. Wm. Wallace, Jr.,* for the defendant in error. No one opposing.